MURRAY B. STONE, ALEXANDER H. STONE, E. DAVID STONE, SARAH STONE AND ANNA L. STONE, INDIVIDUALLY AND AS CO-PARTNERS DOING BUSINESS AS STONE & STONE CO., PLAINTIFFS-APPELLANTS, v. WILLIAM STEINEN MFG. CO., A CORPORATION, DEFENDANT-RESPONDENT.

Superior Court of New Jersey
Appellate Division

Argued January 3, 1950—Decided January 12, 1950.

Before Judges McGEEHAN, COLIE and EASTWOOD.

*Mr. Adrian M. Unger* argued the cause for appellants (*Messrs. Milton M.* and *Adrian M. Unger,* attorneys).

*Mr. Charles R. Hardin* argued the cause for respondent (*Mr. Frederic C. Stoddard,* attorney).

PER CURIAM. The judgment under review is affirmed for the reasons expressed in the opinion of Judge Richard Hartshorne and reported in 7 *N. J. Super.* 321.